UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-6373-GW-KKx | Date | September 15, 2020 |
| Title | *Antiwan Lavar Cole v. Winco Foods Foundation, Inc., et al.* | Page | 1 of 1 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER**

This action was removed to federal court on the grounds of diversity as per 28 U.S.C. § 1332. *See* Docket No. 1. On September 2, 2020, the Court issued an order to show cause re subject matter jurisdiction ("OSC") because one of the defendants was a limited liability company ("LLC") and the removal papers had failed to delineate the citizenship as to each and every member of the LLC. *See* Docket No. 16. On September 8, 2020, Defendants filed a response to the OSC stating, *inter alia*:

> Defendants are unable to make a full and accurate statement of the membership to the Court as required by the [OSC]. However, upon initial analysis of the membership, it is likely that at least one employee member of WinCo Foods, LLC would qualify as a citizen of California . . . . As such, Defendants request that the Court, on its own motion, remand the matter to California State Court.

*See* Docket No. 18.

In light of Defendants' response to the OSC, the Court forthwith remands the matter back to state court pursuant to 28 U.S.C. § 1447(c). The Court does not order the payment of costs or attorney fees.